UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGEL GARCIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>J. WEILAND, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:21-cv-00356-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

Pursuant to the court's order (ECF No. 36), the Office of the Attorney General did not accept service of process on behalf of Defendant Brandon, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 37.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 38.)

The Clerk shall ISSUE a summons for Jeremy Brandon and send the same to the U.S. Marshal with the address provided under seal. (ECF No.38.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No.7), the screening order, (ECF No. 6), and this order to the U.S. Marshal for service on the Defendant. The court will separately provide to the U.S. Marshal a completed USM 285 form for Defendant Brandon.

**IT IS SO ORDERED.**

DATED: October 26, 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE