JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
**LJU LAW FIRM**
5955 S. Edmond St., Ste. 12
Las Vegas, NV 89118
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL GARCIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>J. WEILAND, *et al.*,<br><br>　　　　　　Defendants. | CASE NO.:   3:21-cv-00356-MMD-CSD<br><br>**STIPULATION TO EXTEND RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF 50]** |

　　　Plaintiff, ANGEL GARCIA, by and through attorney of record, JAMES D. URRUTIA, ESQ. of LJU LAW FIRM, and Defendants, Saul Arozaga, Sean Johnson, Macelen Kleer, William Reubart, Chet Rigney, Matthew Searle, James Weiland, and Matthew Willhite, by and through their attorney of record, VICTORIA C. COREY, ESQ. of the Office of the Attorney General, hereby submit their first stipulation and agreement to extend the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment [ECF 50] and respectfully request that the Court extend the response deadline for a period of sixty (60) days, making Plaintiff's Response to Defendants Motion for Summary due on July 31, 2023.  The parties request is supported in good cause.

. . .

. . .

Defendants filed their Motion for Summary Judgment [ECF 50] on May 15, 2023. Plaintiff retained counsel on May 22, 2023. Plaintiff's counsel appeared in the case on May 26, 2023. As such, the parties have agreed to extend the response deadline to July 31, 2023.

Dated this 2nd day of June, 2023.

**LJU LAW FIRM**

/s/ James D. Urrutia
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
5955 S. Edmond St., Ste. 12
Las Vegas, NV 89118
*Counsel for Plaintiff, ANGEL GARCIA*

Dated this 2nd day of June, 2023.

AARON D. FORD
Attorney General

/s/ Victoria C. Corey
VICTORIA C. COREY (Bar No. 16364C)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Counsel for Defendants*

IT IS SO ORDERED.

DATED: June 5, 2023.

_____
UNITED STATES MAGISTRATE JUDGE