JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
**LJU LAW FIRM**
5955 S. Edmond St., Ste. 12
Las Vegas, NV 89118
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL GARCIA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>J. WEILAND, et al.,<br><br>　　　　　　　Defendants. | CASE NO.:　3:21-cv-00356-MMD-CSD<br><br>**STIPULATION TO EXTEND RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF 50] (Second Request)** |

Plaintiff, ANGEL JOEL GARCIA, by and through attorney of record, JAMES D. URRUTIA, ESQ. of LJU LAW FIRM, and Defendants, SAUL AROZAGA, SEAN JOHNSON, MACELYN KLEER, WILLIAMS REUBART, CHET RIGNEY, MATTHEW SEARLE, JAMES WEILAND AND MATTHEW WILLHITE, by and through their attorney of record, VICTORIA C. COREY ESQ., hereby submit their stipulation and agreement to extend the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment [ECF 50] and respectfully request that the Court extend the response deadline for a period of ninety (90) days, making Plaintiff's Response to Defendants Motion for Summary due on October 9, 2023. The parties request is supported in good cause.

Defendants filed their Motion for Summary Judgment [ECF 50] on May 15, 2023. Plaintiff's counsel appeared in the case on May 26, 2023. A Stipulated Confidentiality and Protective Order was entered July 7, 2023. Defendants then produced the documents that were

previously filed under seal. As such, the parties have agreed to extend the response deadline to October 9, 2023. As such, the parties have agreed to extend the response deadline to October 9, 2023.

Dated this 11th day of July, 2023.

**LJU LAW FIRM**

*/s/ James D. Urrutia*
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
5955 S. Edmond St., Ste. 12
Las Vegas, NV 89118
*Counsel for Plaintiff, ANGEL JOEL GARCIA*

Dated this 11th day of July, 2023.

**OFFICE OF THE ATTORNEY GENERAL**

*/s/ Victoria C. Corey*
VICTORIA C. COREY ESQ. (Bar No. 16364C)
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Counsel for* Defendants SAUL AROZAGA, SEAN JOHNSON, MACELYN KLEER, WILLIAMS REUBART, CHET RIGNEY, MATTHEW SEARLE, JAMES WEILAND AND MATTHEW WILLHITE

**IT IS SO ORDERED.**

**DATED:** July 13, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**