UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL GARCIA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>J. WEILAND, et al.,<br><br>　　　　　　　　Defendants. | 3:21-cv-00356-MMD-CSD<br><br>**ORDER** |

On January 10, 2024, a Settlement Conference was conducted in this matter. (ECF No. 76.) The parties reached a settlement, and the terms of the settlement were placed on the record. The stipulation and proposed order for dismissal was to be submitted no later than Monday, March 11, 2024. No dismissal has been filed with the court.

**IT IS HEREBY ORDERED** that the parties shall submit their Stipulation and Order for Dismissal on or before close of business **Friday, April 5, 2024.** If no stipulation is filed, the parties shall submit an explanation outlining the good cause (if any) for the delay.

DATED: March 20, 2024.

　　　　　　　　　　　　　　　　　　　　　　C S
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE